No. 710. LOCATELLI *v.* CITY OF MEDFORD. April 1, 1935. Petition for writ of certiorari to the Massachusetts Superior Court in and for the County of Middlesex denied. *Mr. Felix Forte* for petitioner. No appearance for respondent.

No. 711. FIDELITY PHENIX FIRE INSURANCE Co. *v.* VALLONE ET AL. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Louis R. Bryan* for petitioner. *Mr. Edward S. Boyles* for respondents.

No. 714. PORTNER, TRUSTEE, *v.* TEXAS ET AL.; and

No. 715. PORTNER, TRUSTEE IN BANKRUPTCY, ET AL. *v.* SAME. April 1, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. F. D. Wright* and *Ellis Douthit* for petitioners. No appearance for respondents.

No. 716. GENERAL RUBBER Co. *v.* UNITED STATES. April 1, 1935. Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied. *Messrs. John W. Davis, Paul H. Arthur,* and *Joseph F. Lockett* for petitioner. *Solicitor General Biggs, Assistant Attorney General Jackson,* and *Mr. Charles D. Lawrence* for the United States.

No. 718. VIRGINIA BEACH BUS LINE *v.* CAMPBELL. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.